# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |
|---|---|
| UNIVEST CAPITAL, INC., | : |
| Plaintiff, | : |
| v. | : 3:17-CV-02439-M |
| NAIDU MHT LLC, RAJA NAIDU and ASCENTIUM CAPITAL LLC, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Notice is hereby given that Michael S. Gardner, Eric P. Haas, and Jeremy Wilson and the law firm of Gardner Haas PLLC (collectively, "Gardner Haas") hereby enter their appearance as counsel of record for plaintiff Univest Capital, Inc. ("Univest"). Messrs. Gardner, Haas, and Wilson are admitted or otherwise authorized to practice in this court. Univest and Gardner Haas respectfully requests that all pleadings, discovery, orders, notices, correspondence and other material should be served upon counsel at the address referenced below:

> Michael S. Gardner
> michael@gardnerhaas.com
> Eric P. Haas
> eh@gardnerhaas.com
> Jeremy Wilson
> jw@gardnerhaas.com
> Gardner Haas PLLC
> 2828 Routh St., Suite 660
> Dallas, Texas 75201
> Telephone: (214) 415-3473

PHIL1 6538699v.1

Dated: October 10, 2017            Respectfully submitted,

By: s/Eric P. Haas
Michael S. Gardner (Texas Bar No. 24002122)
Eric P. Haas (Texas Bar No. 24050704)
Jeremy Wilson (Texas Bar No. 24037722)
**GARDNER HAAS PLLC**
2828 Routh St., Ste. 660
Dallas, Texas 75201
Telephone: (214) 415-3473
michael@gardnerhaas.com
eh@gardnerhaas.com
jw@gardnerhaas.com

**ATTORNEYS FOR PLAINTIFF
UNIVEST CAPITAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance is being served this 10th day of October, 2017, upon the following via CM/ECF notification:

Stephen S. Stallings
attorney@stevestallingslaw.com
The Law Offices of Stephen S. Stallings, Esq.
228 Isabella Street
Pittsburgh, PA 15212
*Counsel for Defendant Oladimeji Akiode*

Matthew Todd Newcomer
mnewcomer@postschell.com
Post & Schell, PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
*Counsel for Defendant Ascentium Capital, LLC*

A copy of this filing will be sent by email to:

Matthew R. Stammel
mstammel@velaw.com
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas, 75201
*Counsel for Defendant Ascentium Capital, LLC*

A copy of this filing will be sent by U.S. Mail to the following party:

Naidu MHT LLC
605 East 4th Street, Suite 203
Odessa, Texas 79761

                                       s/Eric P. Haas
                                       Eric P. Haas